**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAS MASAFUMI OGURA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>                    Defendant. | No.  CV 13-6355-CW<br><br><br>JUDGMENT |

     **IT IS ADJUDGED** that the decision of the Commissioner is affirmed.


DATED: May 28, 2014


_____
     CARLA M. WOEHRLE
United States Magistrate Judge